Form ntcdsm

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

Case No.: 16−13899
Chapter: 13
Judge: Jacqueline P. Cox

In Re:
   Sean C Nawls
   5943 W. Race
   Chicago, IL 60644

Social Security / Individual Taxpayer ID No.:
   xxx−xx−7917

Employer Tax ID / Other nos.:

### NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on September 24, 2018

FOR THE COURT

Dated: September 25, 2018

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:  
Sean C Nawls  
    Debtor

Case No. 16-13899-JPC  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0752-1   User: tjernigan   Page 1 of 1   Date Rcvd: Sep 25, 2018  
                          Form ID: ntcdsm   Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2018.
```
db             +Sean C Nawls,    5943 W. Race,    Chicago, IL 60644-1463
24460179       +CMRE. 877-572-7555,    3075 E IMPERIAL HWY STE,    BREA, CA 92821-6733
24460181       +City of Chicago Parking,    121 N. LaSalle St # 107A,    Chicago, IL 60602-1232
24460177       +DVRA BILLING,    2701 LOKER AV WEST,    CARLSBAD, CA 92010-6638
24460176       +NATIONWIDE CAC LLC,    3435 N CICERO AVE,    CHICAGO, IL 60641-3782
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
24460182       +EDI: PHINHARRIS Sep 26 2018 05:38:00      Arnold Scott Harris PC,    111 W Jackson # 600,
                 Chicago, IL 60604-3517
24487651       +EDI: PHINHARRIS Sep 26 2018 05:38:00      City of Chicago Department of Finance,
                 c/o Arnold Scott Harris P.C,    111 W Jackson Ste.600,    Chicago, IL 60604-3517
24819766       +E-mail/Text: comedbankruptcygroup@exeloncorp.com Sep 26 2018 02:07:27
                 Commonwealth Edison Company,    3 Lincoln Center,    Attn: Bankruptcy Department,
                 Oakbrook Terrace, IL 60181-4204
24460178       +EDI: PRA.COM Sep 26 2018 05:38:00      PORTFOLIO RECOVERY ASS,    120 CORPORATE BLVD STE 1,
                 NORFOLK, VA 23502-4952
24830101        EDI: PRA.COM Sep 26 2018 05:38:00      Portfolio Recovery Associates, LLC,
                 successor to CAPITAL ONE BANK (USA), N.A,    POB 41067,    Norfolk VA 23541
                                                                                              TOTAL: 5

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
24460180*      +CMRE. 877-572-7555,    3075 E IMPERIAL HWY STE,    BREA, CA 92821-6733
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2018 at the address(es) listed below:
```
              Michael A Miller    on behalf of Debtor 1 Sean C Nawls mmiller@semradlaw.com,
               ilnb.courtview@SLFCourtview.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Steve  Miljus    on behalf of Debtor 1 Sean C Nawls smiljus@semradlaw.com,
               ilnb.courtview@SLFCourtview.com
              Tom Vaughn    ecf@tvch13.net, ecfchi@gmail.com
                                                                                            TOTAL: 4
```